**Armanda E. COLES, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 2008–3113.**

United States Court of Appeals, Federal Circuit.

March 24, 2009.

Ronald S. Webster, Stump Webster Law, P.A., Orlando, FL, for Petitioner.

Allison Kidd–Miller, Department of Justice, Washington, DC, for Respondent.

ON MOTION

*ORDER*

Upon consideration of the parties' motion for reconsideration of the court's order dismissing this petition for failure to prosecute, and the parties' motion to voluntarily dismiss the petition,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted. The mandate is recalled and the October 16, 2008 dismissal order is vacated.

(2) The motion to voluntarily dismiss the petition is granted.

(3) Each side shall bear its own costs.